Criminal Std (4/4/2011)

HONORABLE: Smith

DEPUTY CLERK Sunbury RPTR/ECRO/TAPE FTR

USPO ________ INTERPRETER ________

TOTAL TIME: ______ hours 15 minutes

DATE: 6/6/12 START TIME: 3:15 END TIME: 3:30

**COURTROOM MINUTES**

| | | | |
|---|---|---|---|
| [x] IA-INITIAL APPEAR | [x] BOND HRG | [ ] CHANGE OF PLEA | [ ] IN CAMERA HRG |
| [x] IA- RULE 5 | [ ] DETENTION HRG | [ ] WAIVER/PLEA HRG | [ ] COMPETENCY HRG |
| [ ] ARRAIGNMENT | [ ] PROBABLE CAUSE | [ ] EXTRADITION HRG | [ ] FORFEITURE |
| [ ] CONFLICT HRG | [ ] EVIDENTIARY HRG | [ ] STATUS CONF | |

CRIMINAL NO. 12mj173TPS DEFT # ______

L.Latiff
AUSA

**UNITED STATES OF AMERICA**

vs

Robert Petrino

K.Barrett
Counsel for Defendant Ret [ ] CJA [ ] PDA [x]

---

- [ ] ....... Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [x] ...... [ ] Arrest Date (CT Case): Self Surrend [ ] Case unsealed or [x] Rule 5 arrest, 6/4/12 Dist of Boston,Mass.
- [x] ...... CJA 23 Financial Affidavit filed [x] under seal
- [ ] ...... Order Appointing Federal Public Defender's Office filed
- [ ] ...... Court appoints Attorney ________ to represent defendant for [ ] this proceeding only [ ] all proceedings
- [ ] ...... Appearance of ________ filed
- [ ] ...... [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of ________ filed
- [ ] ...... [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ...... [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ...... [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] ...... Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [ ] ...... Plea of [ ] not guilty [ ] guilty [ ] nolo contendere to count(s) ________ of the ________ (indict, superseding indict, info)
- [ ] ...... Petition to Enter Guilty Plea filed
- [ ] ...... Defendant motions due ________ ; Government responses due ________
- [ ] ...... Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] ....... Hearing on Pending Motions scheduled for ________ at ________
- [ ] ...... Jury Selection set for ________ at ________
- [ ] ...... Remaining Count(s) to be dismissed at sentencing
- [ ] ...... Sentencing set for ________ at ________ [ ] Probation 246B Order for PSI & Report
- [ ] ...... Special Assessment of $__________ on count(s)__________. Total $ ________ [ ] Due immediately [ ] Pay at sentencing
- [ ] ...... Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Order of Detention filed
- [x] ...... Deft ordered removed/committed to originating /another District of Boston, Massachusetts
- [ ] ...... No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] ...... Waiver of Rule 5 Hearing filed
- [ ] ...... Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [x] ...... Bond [ ] set at $________ [ ] reduced to $________ [ ] Non-surety [ ] Surety [x] Personal Recognizance
- [ ] ...... Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] ...... Defendant detained
- [ ] ...... ________ Hearing [ ] waived [ ] set for ________ [ ] continued until ________
- [ ] ...... Set Attorney Flag and notify Federal Grievance Clerk

[ ] SEE page II for [ ] conditions of bond [ ] additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to ______________________________ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at ______________________________

☐...... Deft must report to USPO __________ times a ☐ week ☐month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐...... Deft ☐ must surrender passport by 4:00 p.m. on ______________; ☐Must not apply for a passport.

☐.......Deft must refrain from the possession of firearms or dangerous weapons.

☐...... Deft must maintain employment or actively seek employment.

☐...... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐...... as set forth in the Order Setting Conditions of Release

☐....... ______________________________

______________________________

______________________________

______________________________

**ADDITIONAL PROCEEDINGS**

☐...... Deft's oral motion ______________________________ ☐ granted ☐denied ☐advisement
☐......Deft's oral motion ______________________________ ☐ granted ☐denied ☐ advisement
☐.......Deft's oral motion ______________________________ ☐ granted ☐denied ☐ advisement
☐.......Deft's oral motion ______________________________ ☐ granted ☐ denied ☐ advisement
☐..... Govt's oral motion ______________________________ ☐granted ☐ denied☐ advisement
☐..... Govt's oral motion ______________________________ ☐ granted ☐denied ☐advisement
☐..... Govt's oral motion ______________________________ ☐granted ☐ denied ☐advisement
☐ ...... Govt's oral motion ______________________________ ☐ granted ☐ denied ☐advisement
☐ ...... #_____ Deft ________________ Motion ______________________ ☐ granted ☐ denied ☐ advisement
☐ ...... #_____ Deft ________________ Motion ______________________ ☐ granted ☐ denied ☐ advisement
☐ ...... #_____ Govt Motion ______________________________ ☐granted ☐ denied ☐ advisement
☐ ...... #_____ Govt Motion ______________________________ ☐granted ☐ denied☐ advisement
☐ ......______________________________ ☐filed ☐granted ☐denied ☐ advisement
☐ ......______________________________ ☐ filed ☐ granted ☐ denied ☐ advisement
☐......______________________________ ☐ filed ☐ granted ☐denied ☐advisement
☐......______________________________ ☐ filed ☐ granted ☐denied ☐advisement
☐......______________________________ ☐ filed ☐ granted ☐denied ☐ advisement